**STATE of Missouri, Respondent,**

v.

**Maurice WILLIAMS, Appellant.**

**No. 62592.**

Missouri Court of Appeals,
Eastern District,
Division Seven.

July 20, 1993.

Emily N. Blood, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joan F. Gummels, Asst. Atty. Gen., Jefferson City, for respondent.

Before KAROHL, C.J., and
PUDLOWSKI and CRANDALL, JJ.

ORDER

PER CURIAM.

Defendant appeals from conviction of robbery in the first degree, Section 569.020 RSMo 1986.

The judgment of conviction is affirmed. Rule 30.25(b).